**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

PATRICIA COSME,                                        Case No. 21-CV-7430

                      Plaintiff,

             -against-                                  **<u>NOTICE OF APPEARANCE</u>**

GOLDBERG & ASSOCIATES, PC and
JULIE GOLDBERG,

                    Defendants.
------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for Plaintiff Patricia Cosme.  I certify

that I am admitted to practice in this Court.

Dated:  September 3, 2021
        New York, New York

                            Respectfully submitted,

                            **Akin Law Group PLLC**

                            /s/ *Robert D. Salaman*
                            _____
                            Robert D. Salaman
                            45 Broadway, Suite 1420
                            New York, New York 10006
                            (212) 825-1400

                            *Counsel for Plaintiff*