# Fair Labor Defense LLC
188 Grand Street, Suite 225, New York, NY 10013

October 21, 2021

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Defendants' Request to Reschedule Initial Conference in**
              ***Cosme v. Goldberg*, No. 21 Civ. 07430**

Your Honor:

      This firm represents the defendants, Goldberg & Associates P.C. and Julie Goldberg, in the above-captioned action which is scheduled for an initial conference a week from tomorrow at 5 p.m. (*i.e.*, October 29, 2021).

      Unfortunately, I have a medical procedure that is now scheduled for that time and which cannot be moved. Our firm contacted opposing counsel to discuss availability, and the parties are available on Wednesday (October 27th) at 3 p.m. or thereafter or Thursday (October 28th) at 4 p.m. or thereafter. The parties are also available anytime on the next Monday (November 1st) or Tuesday (November 2nd) or Thursday (November 4th).

      Thank you for your consideration of rescheduling the initial conference and the parties look forward to appearing before your Honor.

Respectfully,

/s/ *David Kasell*
David Kasell
Fair Labor Defense LLC
188 Grand Street, Suite 225
New York, NY 10013
(800) 724-3341

cc:    all counsel served
         by ECF/CM

Application granted. The initial pretrial conference originally scheduled for October 29, 2021 will now be held on October 28, 2021 at 4:00 pm. The Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Hon. Ronnie Abrams
10/22/2021