UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

    v.

JULIE GOLDBERG AND GOLDBERG & ASSOCIATES, P.C,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the conference originally scheduled for March 4, 2022 is hereby rescheduled to March 3, 2022 at 10:30 a.m.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.  If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference.  The parties' joint status letter is due by February 25, 2022.

SO ORDERED.

Dated:    February 17, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge