UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

v.

JULIE GOLDBERG AND GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the Court's referral of this case to mediation, the post-discovery conference scheduled for June 9, 2022 is hereby adjourned *sine die*. The parties shall file a letter updating the Court on the status of this case no later than one week after the mediation session.

SO ORDERED.

Dated:     June 7, 2022
             New York, New York

                                                             _____
                                                              Ronnie Abrams
                                                              United States District Judge