# Kasell Law Firm

October 24, 2022

**via CM/ECF**

Hon. Ronnie Abrams,
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:  December 5, 2022, Trial Date in *Cosme v. Goldberg and Goldberg & Associates, P.C.*, 21 Civ. 07430

Judge Abrams:

    As counsel for Defendants, and pursuant to your order on Friday, October 21, 2022, we have informed Defendants that the Court has set a trial date to begin on December 5, 2022.  Defendants have no objections.

    The parties expect the jury trial to last 1-2 days.  Counsel for both parties will continue to discuss settlement in good faith and inform the Court promptly if one is reached.

        Very truly yours,
        /s/ *David Kasell*
        David Kasell

All counsel of record served
by CM/ECF