UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA COSME,

                Plaintiff,

            v.

JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    At a post discovery conference held on October 21, 2022, the parties informed the Court that they were ready to proceed to trial. By a letter filed yesterday, Defendants indicated that they are available for the Court's proposed trial date. Accordingly, the case is set for trial on December 5, 2022. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pre-trial submissions, including but not limited to a joint pretrial order, proposed jury instructions, a pretrial memorandum of law, and any motions *in limine* by November 14, 2022. Any oppositions shall be filed by November 21, 2022, and any replies shall be filed by November 28, 2022. A final pretrial conference is scheduled for December 1, 2022 at 2:00 p.m..

    In addition, the parties shall notify the Court whether it can be of any assistance with settlement by way of referral either to the S.D.N.Y. Mediation Program or for a settlement conference before Magistrate Judge Gorenstein.

SO ORDERED.

Dated:    October 25, 2022
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge