UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COSME,<br><br>                    Plaintiff,<br><br>          v.<br><br>JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,<br><br>                    Defendants. | No. 21-CV-7430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Due to courthouse scheduling conflicts and the number of other jury trials set to begin on December 5, 2022, the trial in this action is hereby adjourned to December 6, 2022. All pretrial materials pursuant to Rule 6 of this Court's Individual Rules & Practices of Civil Cases remain due in accordance with the schedule outlined in this Court's order dated October 25, 2022. The final pretrial conference remains scheduled for December 1, 2022 at 2:00 p.m..

SO ORDERED.

Dated:    November 1, 2022
              New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge