```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

       v.

JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    This action is referred to Magistrate Judge Figueredo for the following purpose:

|   |   |   |   |
|---|---|---|---|
|   | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) |   | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
|   | Specific Non-Dispositive Motion/Dispute: |   | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: |   | Habeas Corpus |
| X | Settlement |   | Social Security |
|   | Inquest After Default/Damages Hearing |   | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    November 7, 2022
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge