# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400   Fax. (212) 825-1440

| | |
|---|---|
| ZAFER A. AKIN | GULSAH SENOL |
| LEOPOLD RAIC | GARIMA VIR |
| ROBERT SALAMAN | |
| ----------------------------------- | --------------------------------------- |

November 4, 2022

**Via ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

         **Re:** *Patricia Cosme v. Goldberg & Associates, P.C. and Julie Goldberg*
              Case No. 21-CV-7430 (RA)
              **Joint Motion to Schedule Settlement Conference and Adjourn Trial Date**

Dear Judge Abrams:

      We are counsel to the Plaintiff Patricia Cosme. We write on behalf of all parties to request a Settlement Conference before Magistrate Judge Gorenstein. The parties have had extensive settlement conversations in recent days and believe the Settlement Conference would be productive, especially for our clients.

      Additionally, given the upcoming pre-trial submission deadline of November 14, 2022 and the December 6, 2022 jury trial date, the parties respectfully request an adjournment of both deadlines to dates convenient for the Court in early 2023. The parties would prefer to use their time and resources towards settlement. The parties are available for a phone conference with the Court, if necessary, to discuss further.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Robert D. Salaman*
_____
Robert D. Salaman

---

Application granted in part. By separate order, the Court will refer the case to Magistrate Judge Figueredo, the magistrate judge assigned to this case, for a settlement conference. Pre-trial submissions shall now be filed by November 23, 2022, with any oppositions due by November 30, 2022. The final pretrial conference is hereby adjourned to December 5, 2022 at 3:00 p.m., and trial shall remain scheduled to begin December 6, 2022.

SO ORDERED.

_[signature]_
_____
Hon. Ronnie Abrams
United States District Judge
11/7/2022