USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

PATRICIA COSME,

Plaintiff,

-against-

JULIE GOLDBERG, et al.,

Defendants.

---------------------------------------------------------------X

**21-CV-07430 (RA) (VF)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, November 15, 2022, at 2:30 p.m.**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **November 11, 2022.**

**SO ORDERED.**

DATED: November 9, 2022

VALERIE FIGUEREDO
United States Magistrate Judge