UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

v.

JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons outlined in Defendants' letter dated November 11, 2022, the trial in this matter is adjourned to February 7, 2023. In accordance with Rule 6 of the Court's Individual Rules & Practices of Civil Cases, the parties shall file all pretrial submissions by January 17, 2023, and any oppositions by January 24, 2023. A final pretrial conference shall be held on February 3, 2023 at 3:30 p.m. No further adjournments will be granted absent good cause.

SO ORDERED.

Dated:     November 14, 2022
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge