UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA COSME,

                         Plaintiff,                    21 Civ. 07430 (RA)

  -against-

                                             ORDER TO SHOW CAUSE

GOLDBERG & ASSOCIATES, P.C., AND
JULIE GOLDBERG,

                        Defendants.
------------------------------------------------------------X

      **UPON** reading and filing the annexed Affirmation of David Kasell, Esq., dated the 6th day of December 2022 and upon all the prior pleadings heretofore had herein, and

      **WHEREAS** counsel for Defendants have moved the Court seeking an order to show cause as to why they should not be relieved from the future representation of Defendants Goldberg & Associates, P.C., and Julie Goldberg,

      Now therefore, for good cause shown:

      1.     That David Kasell, counsel for Defendants Goldberg & Associates, P.C. and Julie Goldberg, shall cause to be served upon those Defendants by email at [julie@goldbergimmigration.com](mailto:julie@goldbergimmigration.com), the email with which the undersigned counsel has corresponded with Ms. Goldberg, and [ecf@goldbergimmigration.com](mailto:ecf@goldbergimmigration.com), the email designed as Ms. Goldberg and her firm's email for PACER when she appears in federal court including the Southern District of New York, and Plaintiff's counsel by email (as well as CM/ECF, which has been done automatically) on or before December __15__, 2022:

      a. a copy of this Order and

      b. a copy of Defense counsel's moving papers;

2. That on or before December 21, 2022 the Defendants Goldberg & Associates, P.C. and Julie Goldberg show cause: Why counsel's application to be relieved from further representation of these Defendants in this individual action should not be granted; and

3. Granting David Kasell, Esq., such other, further, and different relief as to this Court deems just proper.

Dated: December 13, 2022
New York, New York

So Ordered:

_____
HONORABLE RONNIE ABRAMS,
UNITED STATES DISTRICT JUDGE