UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

v.

JULIE GOLDBERG and GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-cv-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 10, 2023, Plaintiff moved for default judgment against Defendants. *See* Dkt. 43. Plaintiff, however, has not included a Certificate of Default with her motion. When a party seeks a judgment by default, the party "shall append to the application . . . the Clerk's certificate of default." Local Civil Rule 55.2; *see also* Attachment A of this Court's Individual Rules & Practices in Civil Cases (a plaintiff's "motion for default judgment must be supported by . . . [a] Certificate of Default from the Clerk of Court").

    Should Plaintiff still intend to move for default judgment, no later than January 5, 2024, Plaintiff shall apply for the entry of default and request a Certificate of Default from the Clerk of Court in accordance with Local Civil Rule 55.1. Should a Certificate of Default be granted, Plaintiff shall promptly amend her motion for default judgment.

SO ORDERED.

Dated:    December 27, 2023
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge