UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COSME,<br><br>                    Plaintiff,<br><br>                v.<br><br>JULIE GOLDBERG and GOLDBERG & ASSOCIATES, P.C.,<br><br>                    Defendants. | No. 21-cv-7430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 25, 2024, the Court ordered Defendants to show cause before Judge Abrams in a telephonic hearing occurring on February 16, 2024 at 12:00 p.m. as to why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint. *See* Dkt. 56. The hearing shall hereby take place via Microsoft Teams (Dial-in Number: +1 646-453-4442; Conference ID: 134548086#).

SO ORDERED.

Dated:      February 15, 2024
               New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge