UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA COSME,

               Plaintiff,

        v.

JULIE GOLDBERG and GOLDBERG & ASSOCIATES, P.C.,

               Defendants.

No. 21-cv-7430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated today on the record, Defendants' motion to set aside the Clerk's Certificate of Default is granted, and Plaintiff's motion for default judgment is denied. The parties can obtain a transcript of today's proceeding from the Court Reporter.

    As this action has already been referred for settlement, *see* Dkt. 29, the parties shall reach out to Judge Figueredo to schedule a settlement conference. Within one week after the conference, the parties shall submit a joint letter to the Court proposing next steps in this action.

    The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 43, 52, and 58.

SO ORDERED.

Dated:    February 16, 2024
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge