UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA COSME,

                              Plaintiff,                      20-CV-04737 (PGG)

          -against-                          **ORDER RESCHEDULING**
                                                                 **SETTLEMENT CONFERENCE**

JULIE GOLDBERG, et al.,

                             Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter currently scheduled for May 20, 2024, at 2:00 p.m., is **rescheduled for Wednesday, May 22, 2024, at 2:00 p.m.** The conference will take place in person in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference.

      The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo).  Pre-conference submissions must be received by the Court no later than **May 15, 2024.** As also outlined in the Standing Order, Plaintiff is required to have made a recent demand, and Defendant is required to have responded ahead of the submission.

      **SO ORDERED.**

DATED:     New York, New York
                May 7, 2024

                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge