UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PATRICIA COSME,

                               Plaintiff,                         **21-CV-07430 (RA)**

              -against-                       **ORDER RESCHEDULING**
                                                          **SETTLEMENT CONFERENCE**

JULIE GOLDBERG, et al.,

                              Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference in this matter is hereby rescheduled for **Monday, October 21, 2024, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

       Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 14, 2024.**

       SO ORDERED.

DATED:    New York, New York
                August 27, 2024

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge