UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA COSME,

                Plaintiff,                              **21-CV-7430 (RA)**

      -against-                               **ORDER RESCHEDULING**
                                                              **SETTLEMENT CONFERENCE**

JULIE GOLDBERG, et al.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      To address the conflict raised by Defendants' counsel at ECF No. 69, the settlement conference in this matter currently scheduled for October 21, 2024 is rescheduled for **Thursday, January 30, 2025 at 10:00 a.m.** The conference will take place in person in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference.

      The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, January 23, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               October 15, 2024

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge