UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA COSME,

           Plaintiff,

    v.

JULIE GOLDBERG and GOLDBERG & ASSOCIATES, P.C.,

           Defendants.

No. 21-cv-7430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On January 30, 2025, the parties held a settlement conference before Magistrate Judge Figueredo. No later than March 10, 2025, the parties shall file a joint letter updating the Court on the status of settlement negotiations and proposing next steps in the case.

SO ORDERED.

Dated:    March 6, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge