UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA COSME,

                    Plaintiffs,                    **21-CV-07430 (RA) (VF)**

        -against-                         **ORDER GRANTING IN PART DEFENDANTS' MOTION TO REOPEN DISCOVERY**

JULIE GOLDBERG, et al.,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Defendants' letter motion to reopen discovery (ECF Nos. 73, 77) is resolved for the reasons stated on the record at the conference on **August 29, 2025**. For the reasons explained, discovery is reopened solely to permit Defendants to take Plaintiff's deposition. The deposition must be completed by **September 29, 2025**. By no later than **October 3, 2025**, the parties are directed to submit a joint status update indicating whether the deposition is completed and whether the case is trial ready.

    SO ORDERED.

DATED:    New York, New York
               August 29, 2025

                                                                        _____
                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge