UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA COSME,

                Plaintiff,

       v.

JULIE GOLDBERG and GOLDBERG &
ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the parties' status reports and will hold a telephonic post-discovery conference on October 10, 2025 at 2:45 p.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (855) 244-8681; Access Code: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated:      October 9, 2025
             New York, New York

                                                  _____

                                              Ronnie Abrams
                                              United States District Judge