UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

            v.

JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      At a post-discovery conference held earlier today, Defendants informed the Court that they intend to file post-discovery motions. As discussed, such motions shall be filed by October 30, 2025, any opposition filed by November 20, 2025, and any reply by December 8, 2025.

      Trial in this matter will begin on February 2, 2026. In accordance with Rule 6 of this Court's Individual Rules & Practices in Civil Cases, the parties shall file all pre-trial submissions, including but not limited to a joint pretrial order, proposed jury instructions, a pretrial memorandum of law, and any motions *in limine* by January 16, 2026; oppositions shall be due by January 23, 2026. A final pretrial conference is scheduled for January 30, 2026 at 11:30 a.m.

      Finally, the parties shall notify the Court whether it can be of any assistance with settlement by way of referral either to the S.D.N.Y. Mediation Program or for a settlement conference before Magistrate Judge Figueredo.

SO ORDERED.

Dated:    October 10, 2025
             New York, New York

_____
Hon. Ronnie Abrams
United States District Judge