UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                              Plaintiff,                           No. 21-CV-7430 (RA)

                v.                                                 ORDER

JULIE GOLDBERG and GOLDBERG &
ASSOCIATES, P.C.,

                              Defendants.

RONNIE ABRAMS, United States District Judge:

        It has come to the Court's attention that on a number of cases the docket erroneously

reflects that Defendant Julie Goldberg represents Plaintiff, when in fact she represents both

Defendants, herself and her law firm. The Clerk of Court is respectfully directed to correct the

representation information in the following entries on the docket: Dkt. Nos. 58,65,69,77,83,86.

SO ORDERED.

Dated:        October 16, 2025
              New York, New York

                                                   _____

                                                   Ronnie Abrams
                                                   United States District Judge