

October 28, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Courtroom 1506

Re:   *Cosme v. Goldberg, et al.*, Case no. 1:21-cv-07430-RA-VF

Dear Judge Abrams:

Pursuant to Rule 1.D of the Court's Individual Rules, Defendants respectfully move for a fourteen-day extension of the summary-judgment briefing schedule set in the Court's October 10, 2025 Order (Dkt. 88), from:

- Opening brief due October 30, 2025;
- Opposition due November 20, 2025; and
- Reply due December 8, 2025,

to the following dates:

- Opening brief: November 13, 2025
- Opposition: December 4, 2025
- Reply: December 22, 2025

This is Defendants' first request to extend these deadlines. Plaintiff consents to this request and no other dates set by the Court would be affected.

Good cause exists. Government shutdown-driven agency disruptions and a concurrent surge in immigration emergencies have unpredictably increased our time-sensitive workload requiring the firm to divert attorney and staff resources to client emergencies; further, Ms. Goldberg's overseas humanitarian travel assisting U.S. citizens has temporarily constrained capacity. As a result, additional

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423
Tel. 818.999.1599

**EGYPT**
103B Abdulaziz Al Saud Street
Al Manyal Al Gharbi, Old Cairo
In Front of Al Funun Garden
3rd Floor Office Number 32
Tel. +20 15 00011711 (Voice)

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122
Tel. 818.999.1559

**NEW YORK**
2403 2nd Avenue
New York, New York 10035
Tel. 718.432.1022

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House

time is needed to finalize Defendants' opening brief and accompanying Rule 56.1 materials. The requested extension is modest, will not prejudice Plaintiff, and will facilitate fulsome, organized briefing for the Court.

We appreciate the Court's consideration.

Respectfully submitted,

By: */s/ Julie Goldberg*
Julie Goldberg, Esq.
GOLDBERG & ASSOCIATES
3005 Oakwood Boulevard
Melvindale, MI 48122
(818)999-1559
Ecf@goldbergimmigration.com
*Counsel for Defendants*

CC (via ECF): rob@akinlaws.com, *Counsel for Plaintiff*

| **LOS ANGELES** | **EGYPT** | **DETROIT** | **NEW YORK** | **DJIBOUTI** |
|---|---|---|---|---|
| 14370 Ventura Blvd. | 103B Abdulaziz Al Saud Street | 3005 Oakwood Blvd. | 2403 2nd Avenue | Marabout Lot No 549A |
| Sherman Oaks, CA 91423 | Al Manyal Al Gharbi, Old Cairo | Melvindale, MI 48122 | New York, New York 10035 | Heron, Djibouti |
| Tel. 818.999.1599 | In Front of Al Funun Garden | Tel. 818.999.1559 | Tel. 718.432.1022 | Past the second Circle, |
|  | 3rd Floor Office Number 32 |  |  | Big Yellow House |
|  | Tel. +20 15 00011711 (Voice) |  |  |  |

2