UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA COSME,<br><br>                Plaintiff,<br><br>       v.<br><br>JULIE GOLDBERG and GOLDBERG &<br>ASSOCIATES, P.C.,<br><br>             Defendants. | No. 21-CV-7430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the final pretrial conference shall be held on January 27, 2026

at 3:00 p.m.

SO ORDERED.

Dated:      December 15, 2025
              New York, New York

_____

Ronnie Abrams
United States District Judge