UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

                v.

JULIE GOLDBERG, and GOLDBERG &
ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed in a status conference held yesterday, trial in this matter is hereby adjourned until May 18, 2026.  The final pretrial conference is adjourned until May 14, 2026 at 2:30 p.m. The parties shall file all pre-trial submissions as referenced in Rule 6 of this Court's Individual Rules & Practices in Civil Cases, including but not limited to a joint pretrial order, proposed jury instructions, a pretrial memorandum of law, and any motions *in limine* within two weeks of the Court's decision on Defendants' motion for partial summary judgment.  Oppositions shall be due within one additional week.

SO ORDERED.

Dated:      January 16, 2026
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge