UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

               Plaintiff,

        v.

JULIE GOLDBERG and GOLDBERG &
ASSOCIATES, P.C.,

              Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For reasons that will follow, the Court grants Defendants' motion for summary judgment as to Plaintiff's discrimination and retaliation claims under the New York City Human Rights Law (the "NYCHRL") and denies the motion as to Plaintiff's hostile work environment claim under the NYCHRL and failure to provide wage notice claim under the New York Labor Law.

Unless the parties request otherwise, they shall appear for a conference on May 11, 2026 at 2:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007, at which time the Court will address the re-scheduling of pre-trial submissions and trial.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 93.

SO ORDERED.

Dated:     May 4, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge