

## ShapiroCroland
### Shapiro • Croland • Reiser • Apfel • Di Iorio, LLP.

Joshua M. Lurie, Esq.
Partner
jmlurie@shapirocroland.com
Member of NJ, NY and VT (inactive) Bars

May 5, 2026

Application granted. The conference scheduled for May 11, 2026 is adjourned until May 18, 2026 at 2:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 5, 2026

**Via ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

     Re:    Cosme v. Goldberg, et al.
            Civil Case No. 1:21-cv-07430-RA-VF

Dear Judge Abrams:

As the Court may recall, the undersigned represents Defendants in the above-referenced matter. The parties are in receipt of the Court's scheduling order setting an in-person conference on May 11, 2026. As the Order stated, the Parties may jointly request otherwise.

As a result, and on joint consent, the parties respectfully request the in-person conference be rescheduled to May 18, 2026, due to the undersigned's trial schedule. For the week of May 11, 2026, I will be on my feet for an in-person jury trial in the matter of Darlene Hardy v. Viking Security Systems, LLC, et al., in the Essex County Superior Court, before Hon. John Zunic, J.S.C. As I am lead trial counsel for both the Cosme and Hardy matters, I am unable to send another attorney in my office in my stead. As the Parties were scheduled to appear on the 18th prior to the Court's last order, we respectfully request this date to address the pretrial and the trial itself. The parties are, however, pleased to advise the Court that they were largely complete with the pretrial obligations and believe that they can promptly complete the pretrial with the new claims included therein.

I thank the Court for its consideration of the within request. Should the Court require additional availability from the parties, we will promptly provide same.

Respectfully submitted,

Joshua M. Lurie, Esq.

JML:me
cc:    All Counsel (via ECF)

_____

Counsellors at Law | A Limited Liability Partnership Including Professional Corporations
411 Hackensack Avenue, Hackensack, NJ 07601, tel 201-488-3900, fax 201-488-9481
NY office by appt. only: One Grand Central Plaza, Suite 4600, New York, NY 10165
www.shapirocroland.com