UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

                Plaintiff,

             v.

JULIE GOLDBERG, and GOLDBERG &
ASSOCIATES, P.C.,

                Defendants.

No. 21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed in a conference held on May 18, 2026, trial in this matter will begin on August 24, 2026. In accordance with Rule 6 of this Court's Individual Rules & Practices in Civil Cases, the parties shall file all pre-trial submissions, including but not limited to a joint pretrial order, proposed jury instructions, any pretrial memorandum of law (to the extent any party deems it helpful), and any motions *in limine* by July 31, 2026. Oppositions shall be due by August 7, 2026, and any replies shall be due by August 14, 2026. A final pretrial conference is scheduled for August 21, 2026 at 1:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:      May 22, 2026
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge