UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA COSME,

Plaintiff,

v.

JULIE GOLDBERG, and GOLDBERG & ASSOCIATES, P.C.,

Defendants.

21-CV-7430 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' pre-trial submissions. Oppositions shall be due by August 7, 2026, and any replies shall be due by August 14, 2026. The parties must confer for at least one hour in a good-faith attempt to settle this action prior to the final pretrial conference scheduled for August 21, 2026.

SO ORDERED.

Dated: August 3, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge